March 1, 2013

FILED
IN CLERKS OFFICE

2013 MAR -1  A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

U S District Court
Clerk's Office – Civil Actions
Suite 230
U S Courthouse
1 Courthouse Way
Boston, MA 02210

RE: <u>Robert Sarvis v. Polyvore, Inc.</u>
      Civil Case No. 1:12-cv-12233-NMG

Dear Sir/Madam:

    Enclose find the following:

1)     Plaintiff's Opposition to Defendant's Motion to For Leave to File Reply
2)     Certificate of Service

Sincerely,

Robert H. Sarvis, Pro se
11 Vesper Lane
Nantucket, MA 02554
rhsarvis@msn.com
603-540-4882

cc. C. Muller, Esq.