UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT SARVIS, | |
| Plaintiff, | |
| v. | CIV. NO. 12-12233-LTS-MBB |
| POLYVORE, INC., | |
| Defendant. | |

## VOLUNTARY STIPULATION OF DISMISSAL

The Plaintiff, Robert Sarvis and the Defendant, Polyvore, Inc., hereby stipulate, pursuant

to Fed. R. Civ. P. 41(a)(1)(ii) and Local Rule 68.2, that all claims against Polyvore, Inc. be

dismissed, with prejudice, and without interest and costs, and with all parties waiving their rights

to appeal.

Respectfully submitted,

Plaintiff,                                   Defendant,
                                             By its counsel,


/s/ Robert Sarvis                            /s/ Orin Snyder
Robert Sarvis, *pro se*                      Orin Snyder (admitted *pro hac vice*)
11 Vesper Lane                               Sarah Vacchiano (admitted *pro hac vice*)
Nantucket, Massachusetts 02554               200 Park Avenue
T: 603.540.4882                              New York, New York 10166-0193
rhsarvis@comcast.net                         osnyder@gibsondunn.com
                                             T: 212.351.4000
                                             F: 212.351.4035


                                             Joshua D. Nadreau, BBO No. 688970
                                             Sugarman, Rogers, Barshak & Cohen, P.C.
                                             101 Merrimac Street
                                             Boston, MA 02114
                                             T:  617.227.3030
                                             F:  617.523.4001
                                             nadreau@srbc.com

Dated:  September 15, 2015

## CERTIFICATE OF SERVICE

I, Joshua D. Nadreau, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 15, 2015.

*/s/ Joshua D. Nadreau*
Joshua D. Nadreau